Case 7:21-cv-06584-CS   Document 17   Filed 08/18/21   Page 1 of 3

US District Court, SDNY #21-cv-06584-CS (Tripathy v. McClowski et.al.)

## NOTICE OF MOTION



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SANJAY TRIPATHY,
Plaintiff/Petitioner,

-against-

McClowski et. al,
Defendant(s)/Respondent(s)

**#21-cv-06584-CS**

**NOTICE OF MOTION
TO RECONSIDER;
Local Rule 6.3**

PLEASE TAKE NOTICE that Plaintiff – Sanjay Tripathy, pleads with the Court to amend its Order (dated 8/9/2021, posted on Westlaw on 8/10/2021; Plaintiff is filing within the 14 day period for Motion to Reconsider), under Local Rule of Civil Procedure - Rule 6.3 (Motion to Reconsider).

Per Court's previous Order (dated 8/9/2021) – All Defendant(s) except Defendant DOCCS are to proceed to service, under ***RLUIPA***, the ***First Amendment*** (Free Exercise and Establishment Clause), and the ***Fourteenth Amendment***.

Petitioner would like to bring to the Court's attention that Defendant DOCCS is liable under ***RLUIPA*** as a government agency (based on ***RLUIPA***'s express definition and ***Sossamon v. Texas***) and the ***First Amendment*** (Free Exercise and Establishment Clause).

In support of this motion, petitioner submits the following:

- memorandum of law;
- declaration, affirmation or affidavit;

Respectfully Submitted,

*[signature]*

Sanjay Tripathy
ProSe Plaintiff/Petitioner
*An innocent man wrongly incarcerated by The State of New York*
18R1673, Fishkill CF, 18 Strack Drive,
Box #1245, Beacon, NY 12508-1245

Monday, August 16th, 2021

---

Sanjay Tripathy, 18R1673, Fishkill CF, Box #1245, Beacon, NY 12508-1245

Case 7:21-cv-06584-CS   Document 17   Filed 08/18/21   Page 2 of 3

US District Court, SDNY #21-cv-06584-CS (Tripathy v. McClowski et.al.)

# COVER LETTER

**To:** ProSe Intake Unit, US District Court, Southern District of New York, US Courthouse, 300 Quarropas Street, White Plains, NY 10601
**Attn: Clerk (HON. Cathy Siebel, US District Judge)**

**From:** Sanjay Tripathy (*ProSe* Petitioner/Plaintiff), 18R1673, Fishkill CF, 18 Strack Drive, Box #1245, Beacon, NY 12508-1245

**Date:** Monday, August 16th, 2021

**Subject: Case #21-cv-06584-CS – Local Rule 6.3; Motion to Reconsider (Add Defendant(s) liability under *RLUIPA* and the *First Amendment*)**

Please see attached to this cover letter under Local Rules 6.3 (Motion Motion to Reconsider), where Plaintiff pleads with the Court to add DOCCS as a Defendant (under *RLUIPA* and the *First Amendment* – Free Exercise and Establishment Clause) to proceed for service -

a. Cover Letter (this page)
b. Notice of Motion
c. Memorandum of Law (Local Rule 6.3 - Motion to Reconsider)
d. Declaration
e. Affidavit/Statement of Service

Respectfully Submitted,

*[signature]*

**Sanjay Tripathy**
ProSe Plaintiff/Petitioner
*An innocent man wrongly incarcerated by The State of New York*
18R1673, Fishkill CF, 18 Strack Drive,
Box #1245, Beacon, NY 12508-1245

RECEIVED AUG 18 2021 U.S.D.C. W.P.

---

Sanjay Tripathy; 18R1673, Fishkill CF, Box #1245, Beacon, NY 12508-1245

from: SANVMY CRIPHETH, (Court Documents (Motion))
18R 1673; MB-21/23B,
Fishkill C.F, Bon # 1245
Beacon, NY 12508
(Case # 21-CV-6584-CS) - Motion
mailed - 8/16/2021

To
Pro Se Intake Unit
(Attn - Clerk/HON. Cathy Siebel)
US District Judge, SDNY,
US Courthouse, 300 Quarropas Street,
White Plains, NY 10601

[LEGAL MAIL]


RECEIVED
U.S.D.C.
W.P.