7:21-cv-06584-CS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 23 2022

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of February, two thousand twenty-two.

Before:      Eunice C. Lee,
                  *Circuit Judge,*

_____

Sanjay Tripathy,

        Plaintiff - Appellant,

v.

Robert McClowski, et al.,

        Defendants – Appellees.

_____

**ORDER**

Docket No. 21-3094

    Appellant, proceeding pro se, moves for a preliminary injunction and for expedited briefing and hearing of this appeal.

    The motion for a preliminary injunction is REFERRED to a three-judge motions panel. To the extent Appellant requests immediate or interim injunctive relief, that request is DENIED. The request to expedite the appeal is granted to the following extent: Appellees' answering brief must be filed within 35 days of the date of this order; a reply brief, if any, must be filed within 21 days after the filing of Appellees' brief. The appeal will be heard or submitted to a panel as soon as practicable after briefing is completed.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/23/2022