# 21-cv-06584-CS

---

# COVER LETTER

To: Office of the New York State Attorney General; Attn: **Bahiya Lawrence**, Assistant AG, 28 Liberty Street, New York, NY 10005 (via CM/ECF);

To: Attn: Clerk of **HON. Cathy Seibel**, US District Judge);  US Courthouse, 300 Quarropas Street, White Plains, NY 10601 (copy for Court Records);

From: **Sanjay Tripathy**, 2013 Jadewood Drive, Morrisville, NC 27560;
Email: sanjay.tripathy@gmail.com; Tele: +1-859-380-1515;

Date: Monday, February 27th, 2023

Subject: **Case # 21-cv-06584-CS Plaintiff's Initial Disclosures Compliance pursuant to Fed.R.Civ.P.26(a)(1) - Tripathy v. McClowski, et. al**

Dear Ms. Lawrence,

Per Court's Civil Case Discovery Plan and Scheduling Order (#140) filed 2/22/2023, Plaintiff certifies that he is complaint with his obligations towards initial disclosures pursuant to Fed.R.Civ.P.26(a)(1), which was mailed (CM/ECF) to the US District Court for the Southern District Court of New York.

Very truly yours,

**/s/ Sanjay Tripathy**
Plaintiff/Petitioner ProSe

Enclosure: Discovery Demand; Certificate of Service;

**An innocent man, exonerated after 1651 days in illegal captivity, due to unconstitutional acts, religious persecutions perpetrated by The State of New York, and State Actors acting under the Color of Law;**

**# 21-cv-06584-CS**

---

## CERTIFICATE OF SERVICE BY MAIL(CM/ECF)

I certify that on Monday, February 27th 2023, I mailed (CM/ECF) the foregoing Plaintiff's Initial Disclosures compliance to the Defense Counsel and Clerk of the US District Court (SDNY) via CM/ECF (ProSe Unit).

Office of the New York State Attorney General;
Attn: **Bahiya Lawrence**, Assistant AG,
28 Liberty Street,
New York, NY 10005

**/s/ Sanjay Tripathy**
Plaintiff/Petitioner ProSe
2013 Jadewood Drive,
Morrisville, NC 27560
Tele: +1-859-380-1515
EMail: sanjay.tripathy@gmail.com


**An innocent man, exonerated after 1651 days in illegal captivity, due to unconstitutional acts, religious persecutions perpetrated by The State of New York, and State Actors acting under the Color of Law;**