# **# 21-cv-06584-CS**

---

To: Attn: Clerk of **HON. Cathy Seibel**, US District Judge);  US Courthouse, 300 Quarropas Street, White Plains, NY 10601 (via CM/ECF ProSe Unit;


Cc: Office of the New York State Attorney General; Attn: **Bahiya Lawrence**, Assistant AG, 28 Liberty Street, New York, NY 10005 (via CM/ECF);


From: **Sanjay Tripathy**, 2013 Jadewood Drive, Morrisville, NC 27560;
Email: sanjay.tripathy@gmail.com; Tele: +1-859-380-1515;


Date: Tuesday, February 28th, 2023


Subject: **Case # 21-cv-06584-CS Plaintiff's pleads for the Court to appoint Expert (Religious Expert with knowledge of Hinduism/Hindus, Judaism/Jews, and Islam/MuslimsInitial)**

As the Court is aware, this controversy requires deep knowledge and expertise of religious practices (Hindus - Beef, Jews and Muslims - Pork), and how these practices are either being adhered to or being violated by DOCCS (Defendants) food services policies (including use of a dedicated Kosher Kitchen which is Pork free for use by Muslim/Jewish inmates) and how DOCCS (proposed) Hindu menu for petitioner, still violates his core and sincerely held religious beliefs.

Petitioner has tried, but failed (as of now) to engage Religious Experts (tried for Professors of Religious studies at Columbia University - Professor John Stratton Hawley, and Duke University - Professor Leela Prasad) who have either declined (due to paucity of time) or other Expert organizations, who have said they only deal with Attorneys/Firms. Petitioner continues to try (The Becket Fund, Religious Liberty Clinics at Harvard Law, Stanford Law and Notre Dame Law) and will redouble his efforts to engage such an expert, but in the meantime, would like to alert the Court to the challenges faced, due to his ProSe status.

Petitioner has read a few cases, wherein Courts have directly appointed such Experts, who can not only provide guidance for religious practices, but also DOCCS Food services procedures/policies as it pertains to Hindus, Muslims and Jews, in a neutral manner, that may be useful in the next stage of litigation (Discovery and Trial).

---

**Sanjay Tripathy (Petitioner ProSe)**                                                                                                1

<u>**# 21-cv-06584-CS**</u>

---

Petitioner, thus pleads for the Court to consider this matter, and potentially engage a reputed Expert in Religious studies to aid the litigation.

Respectfully Submitted,

*Sanjay Tripathy*
**/s/ Sanjay Tripathy**
Plaintiff/Petitioner ProSe

**<u>An innocent man, exonerated after 1651 days in illegal captivity, due to unconstitutional acts, religious persecutions perpetrated by The State of New York, and State Actors acting under the Color of Law;</u>**

---