IH-34                                                                                                                  Rev:2014-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanjay Tripathy

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Robert McClowski, et. al.

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 06584 (CS)(    )

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

Sanjay Tripathy (Note address already changed earlier on 11/28/2022)
Name (Last, First, MI)

| 2013 Jadewood Drive | Morrisville | NC | 27560 |
|---|---|---|---|
| Address | City | State | Zip Code |

+1-859-380-1515                              sanjay.tripathy@gmail.com
Telephone Number                             E-mail Address (if available)

3/2/2023 /s/Sanjay Tripathy (esignature)
Date                                          Signature