UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Sanjay Tripathy,

        Plaintiff,

                    No. 21-CV-6584 (CS)

   -against-

                      ORDER

Robert McClowski, *et al.*

        Defendants.

---------------------------------------------------------------X

Seibel, J.

   On March 17, 2023, the Finance Department issued a deficiency notice on the ECF docket stating: "Incorrect Payment Type received by the Finance Department on 03/16/2023, 'Personal' check #035 in the amount of $505.00. Payment will be held by the Finance Office pending further order of the Court." Plaintiff was apparently trying to pay the filing fee for his interlocutory appeal, but a personal check is not an acceptable form of payment for that purpose.

   The filing fee may be paid in person by credit card or cash at the Courthouse at 500 Pearl Streeet, New York, New York. Otherwise the fee must be paid by certified check or money order, payable to "Clerk of Court – SDNY," and mailed to: Cashiers Unit – Room 260, 500 Pearl Street, New York, NY 10007. Any certified check or money order must include Plaintiff's case number, 21-CV-6584 (CS).

   The Clerk of Court is directed to return to Plaintiff his personal check (#035) for $505.00. If Plaintiff wishes to pursue his appeal, he must submit the fee using one of the acceptable forms of payment described above.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States,* 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**SO ORDERED.**

Dated: March 23, 2023
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.