UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SANJAY TRIPATHY,

                               Plaintiff,

        – against –

SHARON FROST, GEORGE DASH, EDWARD BURNETT,
PATRICK DOLAN, RICHELLE MASSEY-HARRIS,
ANDREA SCHNEIDER, STEPHEN BRANDOW,
RICHARD MOFFIT, LEANNE LATONA, CHRISTINE
OLNEY, and NANCY FERNANDEZ,

                               Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 21-CV-6584 (CS)

Seibel, J.

        Defendants' motion in limine to preclude irrelevant and undisclosed non-party witnesses, (ECF No. 290 at 18-21), is granted as to CO Davidson, Luis Gonzalez, Anthony Annucci, Dr. Shahid Haque, S. Campbell, NP Jacobs, Dr. Jin, Kathleen Imler, Lucy Navarro, Daniel Martuscello, Joshua Woodworth, Ken Wilsey, Elaine Grant, Michelle Liberty, and the to-be-named DOCCS Kosher Kitchen Lead in Rhone, Representative of the Council of Rabbis, Health and Medical Expert, and Economics and Financial Expert.  Plaintiff may obtain subpoenas for Sridhara Acharya, David Rogers, Robert McClowski, Joel Terragnoli, Jeff McKoy, and Cynthia M. Currie, subject to further discussion at the Final Pre-Trial Conference.  To obtain subpoenas, Plaintiff must fill out and file on the docket Form AO 88 ("Subpoena to Appear and Testify at Hearing or Trial in a Civil Action"), which can be found on the Court's public website.  The Clerk of Court is respectfully directed to terminate ECF Nos. 329 and 330.

**SO ORDERED.**

Dated: April 15, 2025
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.