UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SANJAY TRIPATHY,

                              Plaintiff,

    – against –

SHARON FROST, GEORGE DASH, EDWARD BURNETT,
PATRICK DOLAN, RICHELLE MASSEY-HARRIS,
ANDREA SCHNEIDER, STEPHEN BRANDOW,
RICHARD MOFFIT, LEANNE LATONA, CHRISTINE
OLNEY, and NANCY FERNANDEZ,

                              Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 21-CV-6584 (CS)

<u>Seibel, J.</u>

      The Clerk of Court is respectfully directed to process the subpoena forms attached to ECF No. 333 as Exhibits 1 through 6.

**SO ORDERED.**

Dated: April 15, 2025
       White Plains, New York

                                                  _____
                                                    CATHY SEIBEL, U.S.D.J.