UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Tripathy,

                      Plaintiff,

    v.

McClowski, et al.,

                      Defendants.

------------------------------------------------------------X

**JUDGMENT**

7:21-CV-06584 (CS)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, and the jury having returned a verdict in favor of Defendants as to all of Plaintiff's outstanding claims, and the other claims having previously been dismissed, judgment is entered in favor of Defendants, and the case is closed.

DATED: White Plains, New York
               May 8, 2025

So Ordered:

_____
U.S.D.J.

Tammi Hellwig
_____
Clerk of Court

BY: _____
Deputy Clerk